**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1594**

PRENTIS L. HERNDON,

        Plaintiff - Appellant,

    v.

ALUTIIQ EDUCATION AND TRAINING, LLC,

        Defendant - Appellee,

    and

JANINA ZEQUEIRA-PEREZ,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:16-cv-00072-AWA-DEM)

Submitted: September 18, 2018                Decided: September 20, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Prentis L. Herndon, Appellant Pro Se. Kristina H. Vaquera, JACKSON LEWIS PC, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Prentis L. Herndon appeals the district court's order granting summary judgment to his former employer Alutiiq Education & Training, LLC, on his employment discrimination and retaliation claims. We have reviewed the record and find no reversible error. Accordingly, although we grant Herndon leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Herndon v. Alutiiq Educ. & Training, LLC*, No. 2:16-cv-00072-AWA-DEM (E.D. Va Apr. 25, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*